# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Broomes, John W. | U.S. District Court, Kansas | 04/23/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

232 United States Courthouse
401 N. Market Street
Wichita, Kansas 67202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 (no reportable assets) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomes, John W. | 04/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomes, John W. | 04/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomes, John W. | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Intrust Bank cash account | A | Interest | L | T | | | | | |
| 2.  Brokerage Account #1 (H) | | | | | | | | | |
| 3.  E-Trade Cash account | A | Interest | K | T | | | | | |
| 4.  Retirement Account #2 (H) | | | | | | | | | |
| 5.  EQ/International Equity mutual fund | | None | J | T | | | | | |
| 6.  AXA/AB Small Cap Growth mutual fund | | None | J | T | | | | | |
| 7.  AXA International Core Volatility mutual fund | | None | J | T | | | | | |
| 8.  AXA Equity Managed Volatility mutual fund | | None | J | T | | | | | |
| 9.  AXA Large Cap Growth mutual fund | | None | K | T | | | | | |
| 10.  AXA International Value Volatility mutual fund | | None | J | T | | | | | |
| 11.  AXA/Janus Enterprise mutual fund | | None | J | T | | | | | |
| 12.  AXA/Franklin Templeton Allocation Vol. mutual fund | | None | | | Sold | 06/05/20 | J | | |
| 13.  EQ/Aggressive Growth Strategy | | None | J | T | Buy | 06/05/20 | J | | |
| 14.  Retirement Account #3 (H) | | | | | | | | | |
| 15.  EQ/International Equity mutual fund | | None | J | T | | | | | |
| 16.  AXA/AB Small Cap Growth mutual fund | | None | J | T | | | | | |
| 17.  AXA International Core Volatility mutual fund | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Broomes, John W.** | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. AXA Equity Managed Volatility mutual fund (X) | | None | J | T | | | | | |
| 19. AXA Large Cap Growth mutual fund | | None | J | T | | | | | |
| 20. AXA/Janus Enterprise mutual fund | | None | J | T | | | | | |
| 21. AXA/Franklin Templeton Allocation Vol. mutual fund | | None | | | Sold | 06/05/20 | J | | |
| 22. EQ/Aggressive Growth Strategy | | None | J | T | Buy | 06/05/20 | J | | |
| 23. Retirement Account #4 (H) | | | | | | | | | |
| 24. Financial Square Tr Government Institutional Class Fd #465 (Cash Acct) | A | Int./Div. | J | T | | | | | |
| 25. Blackrock High Yield Portfolio - K | A | Dividend | J | T | Sold (part) | 03/20/20 | J | | |
| 26. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 27. Commerce Bond Fund Fund #333 | A | Dividend | K | T | Buy (add'l) | 06/08/20 | J | | |
| 28. | | | | | Sold (part) | 09/29/20 | J | A | |
| 29. | | | | | Sold (part) | 11/23/20 | J | A | |
| 30. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 31. Commerce Growth Fund Institutional Fund #337 | A | Dividend | K | T | Buy (add'l) | 06/08/20 | J | | |
| 32. | | | | | Sold (part) | 09/29/20 | J | A | |
| 33. Commerce Midcap Growth Fund Institutional # 339 | A | Dividend | K | T | Buy (add'l) | 06/08/20 | J | | |
| 34. | | | | | Sold (part) | 11/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomes, John W. | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Commerce Value Fund Institutional Fund #346 | A | Dividend | J | T | Sold (part) | 06/08/20 | J | | |
| 36. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 37. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 38. DFA International Small Company Portfolio | A | Dividend | J | T | Sold (part) | 03/23/20 | J | | |
| 39. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 40. DFA US Large Cap Value Portfolio | A | Dividend | J | T | Sold (part) | 06/08/20 | J | | |
| 41. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 42. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 43. MFS Research International Fund R6 | A | Dividend | J | T | Sold (part) | 06/08/20 | J | A | |
| 44. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 45. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 46. Northern Funds Active M Emerging Markets Equity Fund | A | Dividend | J | T | Sold (part) | 06/08/20 | J | | |
| 47. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 48. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 49. T Rowe Price Growth Stock Fund-I | A | Dividend | K | T | Buy (add'l) | 06/08/20 | J | | |
| 50. | | | | | Sold (part) | 09/29/20 | J | A | |
| 51. | | | | | Sold (part) | 11/23/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Broomes, John W.** | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  T Rowe Price Overseas Stock Fund-I | A | Dividend | J | T | Sold<br>(part) | 06/08/20 | J | A | |
| 53. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 54.  TIAA-CREF Large-Cap Growth Index Fund | A | Dividend | J | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 55. | | | | | Sold<br>(part) | 09/29/20 | J | A | |
| 56.  iShares Russell Midcap Value ETF | A | Dividend | | | Sold | 06/08/20 | J | | |
| 57.  iShares Russell 1000 Value ETF | A | Dividend | | | Sold | 06/08/20 | J | | |
| 58.  Invesco Main Street Small Cap Fund R6 | A | Dividend | J | T | Sold<br>(part) | 03/26/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 60.  Fidelity Mid Cap Value Index Fund | A | Dividend | K | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 63.  TIAA-CREF Large-Cap Value Index Fund | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 66.  Retirement Account #5 (H) | | | | | | | | | |
| 67.  Financial Square Tr Government<br>Institutional Class Fd #465 (Cash Acct) | A | Int./Div. | J | T | | | | | |
| 68.  Blackrock High Yield Portfolio - K | A | Dividend | J | T | Sold<br>(part) | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomes, John W. | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 70. Commerce Bond Fund Fund #333 | A | Dividend | J | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 71. | | | | | Sold<br>(part) | 09/29/20 | J | A | |
| 72. | | | | | Sold<br>(part) | 11/23/20 | J | A | |
| 73. Commerce Growth Fund Institutional Fund #337 | A | Dividend | J | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 74. Commerce Midcap Growth Fund Institutional # 339 | A | Dividend | J | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 75. Commerce Value Fund Institutional Fund #346 | A | Dividend | J | T | | | | | |
| 76. DFA International Small Company Portfolio | A | Dividend | J | T | Sold<br>(part) | 03/23/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 78. DFA US Large Cap Value Portfolio | A | Dividend | J | T | | | | | |
| 79. MFS Research International Fund R6 | A | Dividend | J | T | Sold<br>(part) | 06/08/20 | J | A | |
| 80. Northern Funds Active M Emerging Markets Equity Fund | A | Dividend | J | T | Buy<br>(add'l) | 09/29/20 | J | | |
| 81. T Rowe Price Growth Stock Fund-I | A | Dividend | J | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 82. | | | | | Sold<br>(part) | 11/23/20 | J | A | |
| 83. T Rowe Price Overseas Stock Fund-I | A | Dividend | J | T | | | | | |
| 84. TIAA-CREF Large-Cap Growth Index Fund | A | Dividend | J | T | | | | | |
| 85. iShares Russell Midcap Value ETF | A | Dividend | | | Sold | 06/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Broomes, John W.** | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   iShares Russell 1000 Value ETF | A | Dividend | | | Sold | 06/08/20 | J | | |
| 87.   Invesco Main Street Small Cap Fund R6 | A | Dividend | J | T | Sold<br>(part) | 03/26/20 | J | | |
| 88. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 89.   Fidelity Mid Cap Value Index Fund | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 90. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 91.   TIAA-CREF Large-CAp Value Index Fund | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 92. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 93.   ▨ Trust #1 (H) | | | | | | | | | |
| 94.   Intrust Bank cash account | A | Interest | M | T | | | | | |
| 95.   ▨ Trust #3 (H) | | | | | | | | | |
| 96.   Financial Square Trust Treasury Obligation<br>Fund cash equivalent | A | Int./Div. | J | T | | | | | |
| 97.   Ishares Russell Midcap ETF | A | Dividend | | | Sold<br>(part) | 02/11/20 | J | A | |
| 98. | | | | | Sold | 04/01/20 | J | A | |
| 99.   Ishares Russell 1000 ETF | A | Dividend | | | Sold<br>(part) | 02/11/20 | J | A | |
| 100. | | | | | Sold | 04/01/20 | J | A | |
| 101.   Commerce Natl Tax-Free Bd Fd #334 | A | Dividend | J | T | Buy<br>(add'l) | 02/11/20 | J | | |
| 102. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1   Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2   Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3   Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Broomes, John W.** | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 07/07/20 | J | A | |
| 104.   Commerce Kansas Taxfree Intermediate<br>Bond Fund #1399 | A | Dividend | J | T | Buy<br>(add'l) | 02/11/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 106. | | | | | Sold<br>(part) | 07/07/20 | J | A | |
| 107.   Fidelity Mid Cap Index Fund - Fai | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 109.   Fidelity 500 Index Fund - Ai | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 111.   ▨ Trust #4 (H) | | | | | | | | | |
| 112.   Financial Square Trust Treasury Obligation<br>Fund cash equivalent | A | Int./Div. | J | T | | | | | |
| 113.   Ishares Russell Midcap ETF | A | Dividend | | | Sold<br>(part) | 02/11/20 | J | A | |
| 114. | | | | | Sold | 04/01/20 | J | A | |
| 115.   Ishares Russell 1000 ETF | A | Dividend | | | Sold<br>(part) | 02/11/20 | J | A | |
| 116. | | | | | Sold | 04/01/20 | J | B | |
| 117.   Ishares Russell 2000 ETF | A | Dividend | | | Sold | 03/27/20 | J | | |
| 118.   Commerce Natl Tax-Free Bd Fd #334 | A | Dividend | J | T | Buy<br>(add'l) | 02/11/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomes, John W. | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 07/07/20 | J | A | |
| 121. Commerce Kansas Taxfree Intermediate Bond Fund #1399 | A | Dividend | K | T | Buy<br>(add'l) | 02/11/20 | J | | |
| 122. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 123. | | | | | Sold<br>(part) | 07/07/20 | J | A | |
| 124. T Rowe Price Tax Free High Yield Fund | A | Dividend | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 125. | | | | | Sold | 03/20/20 | J | | |
| 126. Vanguard High Yield Tax Exempt mutual fund | A | Dividend | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 127. | | | | | Sold | 03/20/20 | J | | |
| 128. Fidelity Mid Cap Index Fund - Fai | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 129. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 130. Fidelity 500 Index Fund - Ai | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 131. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 132. ▨ Trust #5 (H) | | | | | | | | | |
| 133. Financial Square Trust Treasury Obligation Fund cash equivalent | A | Int./Div. | K | T | | | | | |
| 134. Artisan Mid Cap Fund | A | Dividend | J | T | Sold<br>(part) | 02/07/20 | J | | |
| 135. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 136. Commerce Growth Fund Institutional Fund #337 | B | Dividend | K | T | Sold<br>(part) | 02/07/20 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomes, John W. | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 139. Commerce Midcap Growth Fund<br>Institutional # 339 | A | Dividend | K | T | Sold<br>(part) | 02/07/20 | J | A | |
| 140. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 142. Commerce Value Fund Institutional Fund<br>#346 | B | Dividend | K | T | Sold<br>(part) | 02/07/20 | J | | |
| 143. | | | | | Sold<br>(part) | 03/30/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 145. DFA US Targeted Value Portfolio | | None | | | Sold | 03/25/20 | J | | |
| 146. DFA US Large Cap Value Portfolio | A | Dividend | J | T | Sold<br>(part) | 02/07/20 | J | | |
| 147. | | | | | Sold<br>(part) | 03/30/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 149. Hartford Midcap Fund | B | Dividend | J | T | Sold<br>(part) | 02/07/20 | J | A | |
| 150. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 151. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 152. Ishares Russell Midcap Value ETF | A | Dividend | | | Sold<br>(part) | 02/14/20 | J | A | |
| 153. | | | | | Sold | 04/01/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomes, John W. | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Clearbridge Small Cap Growth Fund | | None | | | Sold<br>(part) | 02/07/20 | J | | |
| 155. | | | | | Sold | 03/25/20 | J | A | |
| 156.  T Rowe Price New Horizons Fund | A | Dividend | J | T | Sold<br>(part) | 02/07/20 | J | A | |
| 157. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 158.  TIAA-CREF Large-Cap Value Index Fund | A | Dividend | J | T | Sold<br>(part) | 02/07/20 | J | A | |
| 159. | | | | | Sold<br>(part) | 03/30/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 161.  TIAA-CREF Large-Cap Growth Index Fund | A | Dividend | K | T | Sold<br>(part) | 02/07/20 | J | A | |
| 162. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 164.  DFA International Small Company Portfolio | A | Dividend | | | Sold | 03/19/20 | J | | |
| 165.  Lazard Emerging Markets Equity Port Instl | A | Dividend | | | Sold<br>(part) | 02/07/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 167. | | | | | Sold | 11/18/20 | J | | |
| 168.  MFS Research International Fund | A | Dividend | J | T | Sold<br>(part) | 02/07/20 | J | A | |
| 169. | | | | | Sold<br>(part) | 07/06/20 | J | A | |
| 170.  T Rowe Price Overseas Stock Fund | A | Dividend | J | T | Sold<br>(part) | 02/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomes, John W. | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 172. Commerce Natl Tax-Free Bd Fd #334 | B | Dividend | L | T | Buy (add'l) | 02/07/20 | J | | |
| 173. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 174. | | | | | Sold (part) | 07/06/20 | J | A | |
| 175. Commerce Kansas Taxfree Intermediate Bond Fund #1399 | D | Dividend | N | T | Buy (add'l) | 02/07/20 | K | | |
| 176. | | | | | Buy (add'l) | 04/28/20 | K | | |
| 177. | | | | | Sold (part) | 07/06/20 | J | A | |
| 178. Fidelity Advisor Intermediate Municipal Income Fund Z | B | Dividend | L | T | Buy (add'l) | 02/07/20 | J | | |
| 179. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 180. | | | | | Sold (part) | 07/06/20 | J | A | |
| 181. T Rowe Price Tax Free High Yield | A | Dividend | | | Buy (add'l) | 02/07/20 | J | | |
| 182. | | | | | Sold | 03/19/20 | K | | |
| 183. Gateway Fund | A | Dividend | | | Buy (add'l) | 02/07/20 | J | | |
| 184. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 185. | | | | | Sold | 11/18/20 | K | B | |
| 186. Principal Global Multistrategy Fund | A | Dividend | K | T | Buy (add'l) | 02/07/20 | J | | |
| 187. | | | | | Buy (add'l) | 07/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Broomes, John W. | 04/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Causeway Emerging Markets mutual fund | A | Dividend | J | T | Sold (part) | 02/07/20 | J | A | |
| 189. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 190.  Vanguard High Yield Tax Exempt Fund Adm | A | Dividend | | | Buy (add'l) | 02/07/20 | J | | |
| 191. | | | | | Sold | 03/19/20 | K | | |
| 192.  T Rowe Price Growth Stock Fund-I | B | Dividend | K | T | Sold (part) | 02/12/20 | J | A | |
| 193. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 194. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 195.  Fidelity Mid Cap Value Index Fund | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 196. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 197.  Fidelity Emerging Markets Index Fund - Fai | A | Dividend | J | T | Buy | 11/18/20 | J | | |
| 198.  Jpmorgan Hedged Equity Fund - R6 | A | Dividend | K | T | Buy | 11/18/20 | K | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Broomes, John W.** | 04/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Although I am a trustee of ▭ Trust #2, there are no reportable assets in the trust.

The fund previously named Invesco Oppenheimer Main Street Small Cap Fund R6 in Part VII underwent a name change on 09/30/2020 and is now named Invesco Main Street Small Cap Fund R6.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Broomes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544